Mark P. Scheer, OSB No. 051710
Dennis G. Woods, OSB No. 051728
Kelsey A. Terry, OSB No. 125654
SCHEER LAW GROUP LLP
101 SW Main St., Suite 1600
Portland, OR  97204
Phone: (503) 542-1200
Fax: (503) 542-5248
E-Mail: mscheer@scheerlaw.com
         dwoods@scheerlaw.com
         kterry@scheerlaw.com

Attorneys for Defendants STL International, Inc.
and Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DEPARTMENT OF PORTLAND

| | |
|---|---|
| JEANIE CHONG,<br><br>                                Plaintiff,<br><br>     v.<br><br>STL INTERNATIONAL, INC., and<br>COSTCO WHOLESALE CORPORATION,<br><br>                                Defendants. | NO. 3:14-CV-00244-SI<br><br>STIPULATION AND ORDER FOR GENERAL DISMISSAL WITH PREJUDICE |

## I.     STIPULATION

The parties stipulate that all claims in this matter between Plaintiff **Jeanie Chong ("Plaintiff")** and Defendants **STL International, Inc. and Costco Wholesale Corporation ("Defendants")** have been fully settled and that an order may be entered dismissing Plaintiff's action against Defendants with prejudice and without award of costs or fees to any party.

/ / /

/ / /

GENERAL DISMISSAL WITH PREJUDICE (Cause No. 3:14-CV-00244-SI)          Page 1

Approved and Presented by:

| SCHEER & ZEHNDER LLP | GAYLORD EYERMAN BRADLEY, P.C. |
|---|---|

| /s/ Mark Scheer | /s/ Todd Bradley |
|---|---|
| Mark P. Scheer, OSB No. 051710 | Todd A. Bradley, OSB No. 77018 |
| Dennis G. Woods, OSB No. 051728 | Attorney for Plaintiff Jeanie Chong |
| Kelsey A. Terry, OSB No. 125654 | |
| Attorneys for Defendants | |

/ / /

GENERAL DISMISSAL WITH PREJUDICE (Cause No. 3:14-CV-00244-SI)    Page 2

## II.     ORDER OF DISMISSAL

This matter coming before the Court on the above Stipulation of the parties, and the Court being fully advised, HEREBY ORDERS that Plaintiff's action against Defendants is DISMISSED WITH PREJUDICE and without an award of costs to any party.

IT IS SO ORDERED AND ADJUDGED this _____ day of _____, 2016.

_____
**Judge**
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2016, I served the foregoing GENERAL DISMISSAL WITH PREJUDICE on the following attorneys for defendants by using the courts ECF filing system:

Todd A. Bradley, OSB No. 77018
todd@gaylordeyerman.com
*Attorney for Plaintiff*

DATED this 14th day of December, 2016.

SCHEER LAW GROUP LLP

By  /s/ Laura Pride
    Laura Pride, Paralegal