Mark P. Scheer, OSB No. 051710
Dennis G. Woods, OSB No. 051728
Kelsey A. Terry, OSB No. 125654
SCHEER LAW GROUP LLP
101 SW Main St., Suite 1600
Portland, OR  97204
Phone: (503) 542-1200
Fax: (503) 542-5248
E-Mail: mscheer@scheerlaw.com
        dwoods@scheerlaw.com
        kterry@scheerlaw.com

Attorneys for Defendants STL International, Inc.
and Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DEPARTMENT OF PORTLAND

| | |
|---|---|
| JEANIE CHONG,<br><br>                          Plaintiff,<br><br>        v.<br><br>STL INTERNATIONAL, INC., and<br>COSTCO WHOLESALE CORPORATION,<br><br>                          Defendants. | NO. 3:14-CV-00244-SI<br><br>STIPULATION AND ORDER FOR<br>GENERAL DISMISSAL WITH<br>PREJUDICE |

## I.    STIPULATION

The parties stipulate that all claims in this matter between Plaintiff **Jeanie Chong**

**("Plaintiff")** and Defendants **STL International, Inc. and Costco Wholesale Corporation**

**("Defendants")** have been fully settled and that an order may be entered dismissing

Plaintiff's action against Defendants with prejudice and without award of costs or fees to any

party.

/ / /

/ / /

GENERAL DISMISSAL WITH PREJUDICE (Cause No. 3:14-CV-00244-      Page 1
SI)

31 803 ml147003

Approved and Presented by:

SCHEER & ZEHNDER LLP

GAYLORD EYERMAN BRADLEY, P.C.

_____/s/ Mark Scheer_____
Mark P. Scheer, OSB No. 051710
Dennis G. Woods, OSB No. 051728
Kelsey A. Terry, OSB No. 125654
Attorneys for Defendants

_____/s/ Todd Bradley_____
Todd A. Bradley, OSB No. 77018
Attorney for Plaintiff Jeanie Chong

///

GENERAL DISMISSAL WITH PREJUDICE (Cause No. 3:14-CV-00244-    Page 2
SI)

31 803 ml147003

## II.    ORDER OF DISMISSAL

This matter coming before the Court on the above Stipulation of the parties, and the Court being fully advised, HEREBY ORDERS that Plaintiff's action against Defendants is DISMISSED WITH PREJUDICE and without an award of costs to any party.

IT IS SO ORDERED AND ADJUDGED this ____19th____ day of _____, 2016.

**Judge**
U.S. District Court Judge